IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES EARLE STINSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   CASE NO. 2:09-CV-994-WKW |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## **ORDER**

On October 12, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 32.) Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that

(1)   the Recommendation of the Magistrate Judge (Doc. # 32) is ADOPTED; and

(2)   that the 28 U.S.C. § 2255 motion filed by Stinson is DENIED as the claims therein entitle him to no relief.

DONE this 3rd day of November, 2011.

              /s/ W.  Keith Watkins             
CHIEF UNITED STATES DISTRICT JUDGE